# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**COLUMBUS FRANKLIN KINLEY II**                                      **PLAINTIFF**

**v.**                    **No. 5:15–cv–00090-SWW–JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Jerome T. Kearney. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Kinley's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 14th day of June 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE