IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COLUMBUS FRANKLIN KINLEY II**                                              **PLAINTIFF**

v.                              No. 5:15–cv–00090-SWW–JTK

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Columbus Franklin Kinley II's appeal is dismissed, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

IT IS SO ORDERED, this 14th day of June 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE